# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

_____

DENICE RANEE REAVELY,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-0792

_____

May 1, 2026

Appeal from the County Court for Hillsborough County; Frances M. Perrone, Judge.

Denice Ranee Reavely, pro se.

James Uthmeier, Attorney General, Tallahassee, and Marena S. Ramirez, Assistant Attorney General, Tampa, for Appellee.

PER CURIAM.

Dismissed.

LaROSE, ROTHSTEIN-YOUAKIM, and GUARD, JJ., Concur.

_____

Opinion subject to revision prior to official publication.